IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Criminal Case No. 15-cr-00268-RM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

4.  WALTER GUILLEN-BALTIERREZ,

     Defendant.

_____

### ORDER SETTING CHANGE OF PLEA HEARING
_____

     Pursuant to the Notice of Disposition filed on December 30, 2015 (Docket No. 253).  A Change of Plea Hearing is set for **February 17, 2016,** at **10:00 a.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

     The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission

of each criminal offense to which the defendant intends to enter a plea of guilty.  The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

DATED this 30th day of December, 2015.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge